# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

May 19, 2020

**Via ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 6/1/2020
>
> Sentencing is adjourned to September 17, 2020 at 10:00 a.m.

Re: <u>United States v. Chaz Jones, 19 Cr. 125 (VSB)</u>

Dear Judge Broderick:

    I write to request an adjournment of my client's sentencing currently scheduled for June 12, 2020 at 2:30 pm.

    Mr. Jones would like to appear in person for his sentencing hearing and importantly, he hopes to have his family members physically present to support him in the courtroom at sentencing. Accordingly, he has requested an adjournment of the hearing until a date in September at the convenience of this Court.

Respectfully submitted,

/s/ <u>Susan J. Walsh</u>
Susan J. Walsh

cc:    AUSA Jacob Warren, Esq. (via email and ECF)
       AUSA Michael D. Longyear, Esq. (via email and ECF)