```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                        Plaintiff,                          :
                                                            :        S1 19-CR-125 (VSB)
            -against-                                       :
                                                            :             ORDER
CHAZ JONES,                                                 :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of Defendant Chaz Jones' motion for compassionate release, dated October 14, 2021, and received on October 28, 2021. (Doc. 79.) Accordingly it is:

ORDERED that within 28 days, Defendant is directed to file a letter indicating whether he requests that I appoint counsel to represent him in connection with his motion for compassionate release.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at the following address:

>   Chaz Jones, Reg. # 86627-054
>   USP Canaan
>   PO Box 300
>   Waymart, PA 1847

SO ORDERED.

Dated: November 10, 2021
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge