UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                         :

UNITED STATES OF AMERICA,             :

                                                                         :
                                    Plaintiff,      :
                                                                         :           S1 19-CR-125 (VSB)

                   -against-                 :
                                                                         :                **ORDER**

CHAZ JONES,                               :

                                                             Defendant.   :
                                                                         :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendant Chaz Jones's motion for appointment of counsel in connection with his motion for compassionate release, dated November 22, 2021 and received on December 1, 2021.  (Doc. 82.)  Accordingly it is hereby:

      ORDERED that Ms. Camille Abate is appointed as counsel for Defendant Chaz Jones pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

      The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at the following address:

      Chaz Jones, Reg. # 86627-054
      USP Canaan
      PO Box 300
      Waymart, PA 1847

SO ORDERED.

Dated:  December 7, 2021
           New York, New York

                                                                       _____
                                                                       Vernon S. Broderick
                                                                       United States District Judge