UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
          :
UNITED STATES OF AMERICA,        :
          :
         Plaintiff,      :
          :        19-CR-125 (VSB)
     -against-      :
          :        **ORDER**
CHAZ JONES,        :
          :
         Defendant.  :
          :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 28 and November 1, 2021, Defendant, proceeding pro se, filed two motions for compassionate release. (Docs. 79–80.) On November 10, 2021, I ordered Defendant to inform me whether he requested that I appoint counsel to represent him in connection with his motion for compassionate release. (Doc. 81.) On December 1, 2021, Defendant indicated that he requested counsel, (Doc. 82), and I appointed counsel for him on December 7, 2021, (Doc. 83). On July 14, 2022, Defendant, through his retained counsel, filed a motion to reduce his sentence. (Doc. 84.) To date, the Government has not filed a response. Accordingly, it is hereby:

ORDERED that, if the Government intends to respond to Defendant's motion to reduce his sentence, the Government file a response on or before September 12, 2022.

SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                             Vernon S. Broderick
                                             United States District Judge