UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA,          :

                                                               :

                          Plaintiff,    :
                                                                 :          S1 19-CR-125 (VSB)

              -against-                :

                                                                 :          **ORDER**

CHAZ JONES,                                :

                                                                 :

                          Defendant.  :

                                                                 :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of a letter from Mr. Jones stating that he has been unable to receive legal materials sent by his counsel or filed by the Government. Counsel for Mr. Jones shall file a letter stating if there are any issues with providing legal materials to Mr. Jones that merit court assistance. This letter shall be filed by November 1, 2022.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge