UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                    :
                                                             :
                  Plaintiff,                                 :
                                                             :    S1 19-CR-125 (VSB)
        -against-                                           :
                                                             :    **ORDER**
CHAZ JONES,                                                  :
                                                             :
                  Defendant.                                 :
                                                             :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On October 26, 2022, I received a letter from Mr. Jones stating that he could not receive legal materials in this case. (Doc. 88.) It is ORDERED that a copy of this letter will be filed under seal and another copy will be emailed to Mr. Jones's counsel.

SO ORDERED.

Dated:  October 31, 2022
           New York, New York

_____
Vernon S. Broderick
United States District Judge