UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,         :

                                Plaintiff,    :

                                                  :          S1 19-CR-125 (VSB)

                -against-                :

                                                  :              **<u>ORDER</u>**

CHAZ JONES,                               :

                                Defendant.  :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I have received additional copies of the letter sent to chambers by Mr. Jones. (*See* Doc. 88.) These letters shall be sealed.

SO ORDERED.

Dated:  November 2, 2022
           New York, New York

                                                                  _____
                                                                   Vernon S. Broderick
                                                                   United States District Judge