UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
                       Plaintiff,         :
:      S1 19-CR-125 (VSB)
          -against-                           :
:      **ORDER**
CHAZ JONES,                                          :
:
                  Defendant.         :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 26, 2022, I directed counsel for Mr. Jones to file a letter indicating whether there were any issues with providing Mr. Jones with legal materials in this case. (Doc. 88.) That letter has not been filed. Counsel shall file this letter by November 9, 2022.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

                                                              _____
                                                              Vernon S. Broderick
                                                              United States District Judge