UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,   :
:
                Plaintiff,   :
:    S1 19-CR-125 (VSB)
      -against-   :
:    **ORDER**
CHAZ JONES,   :
:
                Defendant.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I have received additional copies of the letter sent to chambers by Mr. Jones.  (*See* Doc. 96.)  These letters shall be sealed.

SO ORDERED.

Dated: December 5, 2022
       New York, New York

                                              _____
                                              Vernon S. Broderick
                                              United States District Judge