UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
                          - against -                   :        19-CR-125 (VSB)
                                                        :
                                                        :        **ORDER**
CHAZ JONES,                                              :
                                                        :
                              Defendant.                :
                                                        :
--------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

        The Clerk of Court reports that it has been unable to mail a copy of my Opinion and

Order in this case to Jones at USP Canaan.  (Minute entry on May 2, 2023.)  According to the

BOP's inmate locator, Jones is now being managed at the New York Residential Reentry

Management Field Office.  Accordingly, the Clerk of Court is respectfully directed to mail a

copy of my Opinion and Order at Doc. 99 to Jones at the following address:

                        Chaz Jones, Register Number 86627-054
                                  C/O RRM New York
                               Residential Reentry Office
                            201 Varick Street, Room 849
                              New York, New York 10014

SO ORDERED.

Dated: May 11, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge