# VRC | VLADECK RASKIN CLARK P.C.

Susan J. Walsh
(212) 403-7348
swalsh@vladeck.com

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 12/06/2024

The parties are to file a joint status letter on or before January 10, 2025 providing me with an update of Mr. Jones's state case. The status conference scheduled for December 12, 2024, is hereby adjourned to February 14, 2025 at 11:30 AM.

<u>Via email and ECF</u>

Honorable Vernon S. Broderick
US District Court Judge
US District Court for the SDNY
40 Foley Square
New York, NY 10007

Re:  *United States v. Chaz Jones*, 19 Cr 125 (VSB)

Dear Judge Broderick:

    I write on behalf of all parties to jointly request an adjournment of next week's status conference on the above captioned matter currently scheduled for December 12, 2024 at 11:00 am.

    The outstanding matter in Dutchess County that is the substance of the VOSR was apparently adjourned to the same date as our status conference according to Mr. Jones' supervising probation officer and Mr. Jones.  Defense counsel is also informed that a new public defender has been assigned to Mr. Jones's matter upstate as the current one has left the office.  It appears that it may take some additional time to resolve the underlying matter which is the primary basis for the VOSR.  Accordingly, since the defendant is unable to attend both court appearances and the underlying matter remains open, an adjournment would be prudent.

    The parties respectfully propose that this status conference be adjourned until next year at the convenience of the Court.

                                     Respectfully submitted,

                                       */s/ Susan J. Walsh*

                                       *Susan J. Walsh*

cc: Meredith Foster, AUSA (By ECF and Email)
     Ji'Vonne Gilmore, USPO (By ECF and Email)