**VRC | VLADECK RASKIN CLARK P.C.**

Susan J. Walsh
(212) 403-7348
swalsh@vladeck.com

<u>Via email and ECF</u>

Honorable Vernon S. Broderick
US District Court Judge
US District Court for the SDNY
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  3/18/2025
> The status conference currently scheduled for March 19, 2025 is adjourned to May 6, 2025 at 11 AM.

Re: *United States v. Chaz Jones*, 19 Cr 125 (VSB)

Dear Judge Broderick:

I write on behalf of all parties to jointly request an adjournment of next week's status conference on the above captioned matter currently scheduled for March 19, 2025 at 11:00 am.

The outstanding matter in Dutchess County that is the substance of the VOSR was apparently adjourned because a third public defender was recently appointed to represent Mr. Jones and will seek an adjournment. It appears that it may take some additional time to resolve the underlying matter which is the primary basis for the VOSR.

Accordingly, the parties respectfully propose that this status conference be adjourned 45 days to a date at the convenience of the Court.

Respectfully submitted,

*Susan J. Walsh*

cc: Meredith Foster, AUSA (By ECF and Email)
    Amber Milton, USPO (By ECF and Email)